■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES KEYES, Appellant, v SIBATU KHAHAIFA, Superintendent, Orleans Correctional Facility, Respondent. [955 NYS2d 786]

Memorandum: Petitioner's appeal from the judgment dismissing his petition for a writ of habeas corpus has been rendered moot inasmuch as he has been released to parole supervision (*see People ex rel. Baron v New York State Dept. of Corrections*, 94 AD3d 1410, 1410 [2012], *lv denied* 19 NY3d 807 [2012]; *see also People ex rel. Graham v Fischer*, 70 AD3d 1381, 1381-1382 [2010]), and the exception to the mootness doctrine does not apply herein (*see Baron*, 94 AD3d at 1410; *Graham*, 70 AD3d at 1382; *see generally Matter of Hearst Corp. v Clyne*, 50 NY2d 707, 714-715 [1980]). Moreover, "[a]lthough this Court has the power to convert a habeas corpus proceeding into a CPLR article 78 proceeding . . . , we decline to do so because we do not consider it appropriate on this record" (*People ex rel. Brown v McCoy*, 266 AD2d 805, 805 [1999], *lv denied* 94 NY2d 760 [2000]). Present—Smith, J.P., Peradotto, Carni, Sconiers and Whalen, JJ.